# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Michael S. Czichray,
Defendant.

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 01-307 JRT/FLN |
| Date: | 1/5/07 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 3:50 p.m. |
| Time Concluded: | 4:10 p.m. |
| Time in Court: | 20 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John Marti and FBI Agent Tom Thompson
For Defendant: Peter Wold 9 FPD 9 CJA : Retained 9 Appointed

: **Sentencing.**

IT IS ORDERED:
Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 3s, 5s and 6s of the superseding indictment | | Guilty | 12 months and 1 day | | 3 years | | |

Said counts and terms to run : concurrently with Criminal case 02-295(3) (JRT/FLN)

: Special conditions of : **See J&C for special conditions**

: Defendant sentenced to pay:
: Restitution in the amount of $193,312.43
: Special assessment in the amount of $300.00 to be paid .

: Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
: Defendant shall voluntarily surrender to the custody of BOP on February 12, 2007 at 11:00 a.m.
: On Motion of the Gov't., the indictment is dismissed as to this defendant only.

s/LPH
Calendar Clerk